

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00089-CR
_____

MATTHEW RIDDLE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 24F0337-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

# MEMORANDUM OPINION

A Bowie County jury convicted Matthew Riddle of child grooming and assessed a punishment of ten years' imprisonment with a $10,000.00 fine. *See* TEX. PENAL CODE ANN. § 15.032 (Supp.). Riddle appeals from this conviction, as well as another conviction for child grooming in his companion appellate case numbered 06-25-00088-CR and a conviction for online solicitation of a minor in companion appellate case number 06-25-00090-CR. *See id.*; TEX. PENAL CODE ANN. § 33.021 (Supp.).

Riddle's appeal in this case raises the same issue raised in his appeal from 06-25-00088-CR. Specifically, Riddle argues that Section "15.032 is unconstitutional and [the] indictment[] under that statute should be dismissed because [it] violate[s] the first amendment [sic] and [is] vague and overbroad." For the same reasons discussed in 06-25-00088-CR, we overrule Riddle's point of error as inadequately briefed.

We affirm the trial court's judgment.


Scott E. Stevens
Chief Justice

Date Submitted: January 29, 2026
Date Decided: January 30, 2026

Do Not Publish